We would like to see the transcripts for both Vipulus and Callahan and we are having trouble finding the supena from the grand jury in evidence if we can be given the exhibit #.

Thanks!

7/9/2024

Court exhibit 3
7/9/24
1:40 PM