We need more time to deliberate.

We would like to leave by 5pm.

What happens next?

Thanks,



7/9/24

Court exhibit 4
7/9/24
4:40pm