We have reached our verdict.

Thanks,

[redacted]

7/10/2024

Court exhibit 5
7/10/24
11:05 am