UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ANDRIS PUKKE,

               Defendant.

23 Cr. 168 (JPO)

---

## VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH

*All Answers Must Be Unanimous*

### COUNT ONE:

**(Wire Fraud)**

Not Guilty _____  Guilty ✓

### COUNT TWO:

**(Obstruction of an Official Proceeding)**

Not Guilty _____  Guilty ✓

*After completing the Verdict Form, please sign your names in the spaces provided below and fill in the date and time. **The foreperson should then give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.***



Date and Time: 7/10/2024  11:02 AM

COURT EXHIBIT 6
JULY 10, 2024
11:35 A.M.