UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Protective Order** |
| v. | **23 Cr. 168 (JPO)** |
| ANDRIS PUKKE, | |
| *Defendant.* | |

Upon the application of the Receiver (as defined below), with the consent of the undersigned counsel, and the defendant Andris Pukke ("Defendant") having served discovery requests for receivership records upon non-party Marc-Philip Ferzan of Ankura Consulting Group, LLC as Receiver ("Receiver") for *In re Sanctuary Belize Litigation* pending in the United States District Court for the District of Maryland, Case No. 18-cv-003309-PX ("Receivership"), pursuant to Federal Rules of Criminal Procedure 17(b) & (c) and this Court's Order for the Issuance of a Subpoena Pursuant to Rule 17(b) & (c) dated May 14, 2025, the Court hereby finds and orders as follows:

1.    **Scope of Protected Information.**  In the course of discovery in this action, the Receivership estate may be required to produce records ("Disclosure Material") that include, in whole or in part, confidential and protected information, such as proprietary commercial or financial information, sensitive data, or other non-public analysis.  The parties anticipate potential production of Disclosure Material to include summary data schedules developed in connection with the Receivership's court-ordered redress program (without corresponding personally identifiable information and other sensitive identification information) related to certain lot transactions involved in the Receivership.  This Order governs the production and handling of any production of Disclosure Material made by the Receivership estate in this action.

2.     **"Attorneys' Eyes Only" Material.**  All Disclosure Material produced by the Receivership estate shall be considered and treated as for "ATTORNEYS' EYES ONLY," and may only be accessed or reviewed by the following:

a.   The Court, its personnel, and court reporters;

b.   Counsel of record for the Defendant in this action and their assigned personnel who: (i) are providing assistance to counsel of record for the Defendant in this action; and (ii) are informed of, and agree to comply with, the duties hereunder; and

c.   Government personnel of record for the United States in this action and their assigned personnel.

3.     **Disclosure and Treatment.**  Disclosure Material shall not be disclosed to the Defendant or any other third party who is not expressly authorized to review Disclosure Material in accordance with this Order, including but not limited to, via any internet site or the media. Disclosure Material received by Defendant's counsel shall be maintained in a safe and secure manner at all times by Defendant's counsel to ensure no inadvertent access or review by unauthorized third parties.

4.     **Filing Disclosure Material under Seal.**  Any Disclosure Material or information derived from Disclosure Material submitted to or otherwise disclosed to the Court must be filed under seal.  Nothing herein shall prevent Defendant's counsel's use of Disclosure Material in any hearing or matter in this action, however, no Disclosure Material or information derived from Disclosure Material will be permitted to be included in pleadings, exhibits or any other filings, absent such being filed under seal in accordance with the CM/ECF requirements and otherwise as necessary in a manner to protect from public disclosure.

5.    **Duration / Continued Restrictions.**  Within 30 days after the conclusion of this action, including all appeals, Defendant's counsel shall return to the Receiver or securely destroy or delete, all Disclosure Material,  subject to Defendant's counsel's obligation to retain client files under the Rules of Professional Conduct.

### Retention of Jurisdiction

6.    The provisions of this Order shall not terminate at the conclusion of this action and the Court will retain jurisdiction to enforce this Order following termination of the case.


AGREED AND CONSENTED TO:

Marc-Philip Ferzan of Ankura Consulting Group, LLC
Receiver, *In re Sanctuary Belize Litigation*

by:    /s/ James E. Van Horn                     Date:  June 2, 2025
James E. Van Horn, Esq.
Counsel for Marc-Philip Ferzan


by:    /s/ Mark B. Gombiner                     Date:  June 2, 2025
Mark B. Gombiner, Esq.
Counsel for Adris Pukke


SO ORDERED:

Dated: New York, New York

        June 9                     , 2025

J. PAUL OETKEN
United States District Judge